IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LAURA KADERAVEK,

        Plaintiff,

v.                                                            Case No. 15-cv-62-jdp

CAROLYN W. COLVIN,
Acting Commissioner, Social Security
Administration,

        Defendant.

## ORDER

This matter is before the Court on the parties' Agreed Motion for Remand, and the Court being duly advised, now grants the motion.

It is hereby ORDERED that this case be reversed and remanded to the Agency pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings as set forth in the Agreed Motion for Remand and that judgment be entered pursuant to Federal Rule of Civil Procedure 58.

Entered this 2ND day of September, 2015.

_____
Honorable James D. Peterson
United States District Judge