IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LAURA KADERAVEK,

              Plaintiff,                    JUDGMENT IN A CIVIL CASE

    v.

                                      Case No. 15-cv-62-jdp

CAROLYN W. COLVIN,
Acting Commissioner of Social Security

              Defendant.

---

    This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff

Laura Kaderavek remanding this case for further proceedings under sentence four of

Section 205 of the Social Security Act, 42 U.S.C. § 405(g).

           s/ V. Olmo, Deputy Clerk                 9/04/2015

      Peter Oppeneer, Clerk of Court                Date