IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LAURA KADERVEK,

        Plaintiff,　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.

                                         Case No. 15-cv-62-jdp

CAROLYN W. COLVIN,
Acting Commissioner of Social Security

        Defendant.

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Laura Kadervek attorney fees and costs in the amount of $5,400 under the Equal Access to Justice Act, 28 U.S.C. § 2412.


        V. Olmo, Deputy Clerk　　　　　　　　　　　　　　10/26/2015
    Peter Oppeneer, Clerk of Court　　　　　　　　　　　　Date